IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,                                No. CIV S-10-0726-CMK-P

      Plaintiff,

   vs.                                                         ORDER

A. LYNN, et al.,

      Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983, challenging a prison disciplinary proceeding.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED:  December 9, 2011

                                                                                                                                              */s/ Craig M. Kellison*  
                                                                                                                                         **CRAIG M. KELLISON**  
                                                                                                                                         UNITED STATES MAGISTRATE JUDGE