# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FOSTER, | No. CIV S-10-0726-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| A. LYNN, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983, challenging a prison disciplinary proceeding.  The matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

       Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith.  For the reasons stated in the court's February 22, 2012, findings and recommendations, plaintiff's claims are barred by the doctrine of collateral estoppel and he otherwise fails to state a claim upon which relief can be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    This appeal is frivolous and <u>not</u> taken in good faith;

1

1    2.    Plaintiff's in forma pauperis status is appropriately revoked; and

2    3.    The Clerk of the Court is directed to serve a copy of this order on the Pro

3 Se Unit at the Ninth Circuit Court of Appeals.

Dated: May 14, 2012.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2